AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern        District of       Georgia

ELIZABETH FORSLING

**SUMMONS IN A CIVIL ACTION**

V.

MERCK & CO , INC

CASE NUMBER

**1:07-CV-1502**

TO: (Name and address of Defendant)

MERCK & CO , INC
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

TIMOTHY M O'BRIEN
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P A
316 South Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone (850) 435-7000

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN

2 7 JUN 2007

CLERK

DATE

(By) DEPUTY CLERK