## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Escambia District of Florida

Case Number: 1:07 CV 1502

Plaintiff/Petitioner:
**ELIZABETH FORSLING**
vs.
Defendant/Respondent:
**MERCK & CO., INC.**

For: Timothy M. O'Brien
     LEVIN, PAPANTONIO, ET AL

Received by Thornton Process Service on the 28th day of June, 2007 at 4:00 pm to be served on **MERCK & CO. INC. C/O C T CORPORATION SYSTEM, 111 EIGHTH AVENUE, NEW YORK, NY 10011.** I, _Lou F Sarsoor_, being duly sworn, depose and say that on the _10th_ day of _July_, 20_07_ at _11:25_ _A_ m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** in accordance with state statutes in the manner marked below:

By delivering a true copy of the above named writ(s) with the date and hour of service endorsed thereon by me in the manner marked below.

( ) INDIVIDUAL SERVICE - to the above named person.

( ) SUBSTITUTE SERVICE - to _____ as co-resident, age 15 or older, at the usual place of abode.

( ) SUBSTITUTE SERVICE - to _____ as _____ at their usual place of business.

( ) RECORDS CUSTODIAN - to _____ as _____ of the within named entity.

( ) GOV'T/PUBLIC AGENCY - to _____ as _____ of the within named agency.

CORPORATE SERVICE:
(✓) OFFICER/REG AGENT- to _Ms. Flores_ as _Process Clerk_.
( ) EMPLOYEE/OTHER - to _____ as _____.

( ) NON SERVICE: As described in the Comments below.  ( ) OTHER SERVICE: As described in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

Subscribed and sworn to before me on the _17_ day of _July_ _2007_ by the affiant who is personally known to me.

_Maria L. Bass_
NOTARY PUBLIC

MARIA L. BASS
Notary Public, State of New York
01BA6107290
Kings County
Commission Expires March 22, 2008

PROCESS SERVER # _1133309_
Appointed in accordance
with State Statutes

Thornton Process Service
3214 Samantha Drive
Cantonment, FL 32533-7414
(850) 478-3333

Our Job Serial Number: 2007002714

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

ELIZABETH FORSLING

V.

MERCK & CO., INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**1:07-CV-1502**

SERVED 7/10/07 @ 11:25 am/pm   I.D.# 1133309
Process Server Initials:
Thornton Process Service
(850) 478-3333

TO: (Name and address of Defendant)

MERCK & CO., INC.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

TIMOTHY M. O'BRIEN
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN

CLERK

(By) DEPUTY CLERK

**2 7 JUN 2007**

DATE