A CERTIFIED TRUE COPY
AUG 2 1 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
AUG 3 1 2007
JAMES N. HATTEN, Clerk
By: Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
AUG - 3 2007
FILED
CLERK'S OFFICE

07 CIV 7614

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1789

### IN RE Fosamax Products Liability Litigation

FLP
SDNY
8/28/07

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-31)

On August 16, 2006, the Panel transferred four civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 444 F.Supp.2d 1347 (J.P.M.L. 2006). Since that time, 64 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable John F. Keenan.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Keenan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of August 16, 2006, and, with the consent of that court, assigned to the Honorable John F. Keenan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 1 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON    CLERK
BY _____
        DEPUTY CLERK

# SCHEDULE CTO-31 - TAG-ALONG ACTIONS
## MDL NO. 1789
### IN RE Fosamax Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA EASTERN** | |
| CAE 2 07-1410 | Steven Felgenhauer v. Merck & Co., Inc. |
| CAE 2 07-1414 | Sandra Green v. Merck & Co., Inc. |
| **FLORIDA MIDDLE** | |
| FLM 3 07-556 | Dolores Hussmann v. Merck & Co., Inc. |
| **GEORGIA NORTHERN** | |
| GAN 1 07-1502 | Elizabeth Forsling v. Merck & Co., Inc. |
| **NEW JERSEY** | |
| NJ 3 07-3285 | Susan A. Unruh v. Merck & Co., Inc. |

**INVOLVED COUNSEL LIST (CTO-31)**
**MDL NO. 1789**
**IN RE Fosamax Products Liability Litigation**

Clifford Lee Carter
Clayeo C. Arnold, PLC
608 University Avenue
Sacramento, CA 95825

Joseph V. Gibson, IV
Law Office of Joseph V. Gibson, PC
2900 Weslayan
Suite 580
Houston, TX 77027

M. King Hill, III
Venable, LLP
210 Allegheny Avenue
Towson, MD 21204

Katharine R. Latimer
Spriggs & Hollingsworth
1350 I Street, N.W.
9th Floor
Washington, DC 20005

Scott D. McAlpine
Schreeder, Wheeler & Flint, L.L.P.
1100 Peachtree Street, NE
Atlanta, GA 30309-4516

Timothy M. O'Brien
Levin Papantonio Thomas, et al.
316 S. Baylen Street, Suite 600
P.O. Box 12308
Pensacola, FL 32591

Christopher A. Seeger
Seeger Weiss
One William Street
10th Floor
New York, NY 10004-2502

Linda Laurent Thomas
Thomas & Wan, LLP
909B West Main
Houston, TX 77006

Terry O. Tottenham
Fulbright & Jaworski, L.L.P.
600 Congress Avenue
Suite 2400
Austin, TX 78701-2011