UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212) 805-0136

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

**AUG 3 1 2007**

JAMES N. HATTEN, Clerk
By: *[signature]*  Deputy Clerk

J. Michael McMahon
Clerk

USDC ND OF GEORGIA

Date: 8/28/07

In Re:   FOSAMAX

MDL    1789

Your Docket #

1:07-1502

S.D. OF N.Y.

07 CV 7614

Dear Sir:

Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge KEENAN for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J. Michael McMahon

By:
MDL Unit