# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**                                 **CIVIL SECTION**
CLERK OF COURT                                          404-215-1655

September 4, 2007

J. Michael McMahon, Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re:     *Elizabeth Forsling v. Merck & Co., Inc.*
                 Civil Action File No. 1:07-cv-1502-HTW
                 MDL 1789

Dear Mr. McMahon:

      Pursuant to an order of the MDL Panel received August 31, 2007, we are transferring the above entitled case to your district for inclusion in MDL #1789.

      Enclosed you will find the entire original file, copy of transmittal letter and a certified copy of our docket sheet.

      Please acknowledge receipt of this file upon the copy of this letter.

                                                     Sincerely,

                                                     James N. Hatten
                                                     Clerk of Court


                                   By:    s/Frances Pinckney
                                             Deputy Clerk

Enclosures
cc:     Counsel of Record