IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| _____ ) | JUDGE KEENAN |
| ) | |
| IN RE: FOSAMAX ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| MDL No. 1789 ) | Plaintiff: <u>ELIZABETH FORSLING</u> |
| ) | |
| _____ ) | SDNY Case No. 1:07-cv-07614 |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff hereby files this Suggestion of Death in the above-captioned matter. Plaintiff, Elizabeth Forsling, Case No. 1:07-cv-07614, died on January 13, 2008.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this 16th day of February, 2008, using the Court's CM/ECF system, which will notify all counsel of record.

_____
TIMOTHY M. O'BRIEN, ESQ.
MEGHAN M. TANS, ESQ.
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone    (850) 435-7004 fax