# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: FOSAMAX<br>PRODUCTS LIABILITY LITIGATION<br>MDL No. 1789 | JUDGE KEENAN<br><br>Plaintiff: <u>ELIZABETH FORSLING</u><br><br>SDNY Case No. 1:07-cv-07614 |

## UNOPPOSED MOTION FOR SUBSTITUTION OF PARTIES

Mark W. Forsling, son of Elizabeth Forsling, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 25, respectfully moves for the entry of an Order substituting himself, as Executor of the Estate of Elizabeth Forsling, deceased, as the Plaintiff in this action, and states as follows:

1. Counsel was noticed that during the pendency of this matter, on February 16, 2008, Plaintiff Elizabeth Forsling passed away.

2. Plaintiff's action did not extinguish upon her death. However, under the law of Plaintiff's resident state, only a Person Representative may sue or be sued on behalf of the Estate and its survivors.

3. On February 1, 2008, Mark W. Forsling, son of Elizabeth Forsling, was appointed as the Personal Representative of Ms. Forsling's estate by the Probate Court of Fulton County, Georgia (See Exhibit A).

4. If substituted as Plaintiff, Mark W. Forsling as Executor of the Estate of Elizabeth Forsling, will pursue this claim on behalf of the Estate and all of its survivors.

5. Undersigned counsel has conferred with counsel for Defendant and there is no opposition to this Motion.

WHEREFORE, counsel requests entry of an Order substituting Mark W. Forsling as Executor of the Estate of Elizabeth Forsling, deceased, for all purposes concerning further prosecution of this claim.

Respectfully submitted, this 17th day of April, 2008.

_____
Meghan M. Tans
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone     (850) 435-7004 fax

GEORGIA PROBATE COURT
STANDARD FORM

STATE OF GEORGIA
COUNTY OF **FULTON**

ESTATE NUMBER: **209382**

### LETTERS TESTAMENTARY
(Relieved of Filing Returns)

By _____**Pinkie T. Toomer**_____, Judge of the Probate Court of said County.

KNOW ALL WHOM IT MAY CONCERN:

That on the **1ST** day of **FEBRUARY**, 20**08**, at a regular term of the Probate Court, the last Will and Testament dated **SEPTEMBER 15TH**, **2003**, of **ELIZABETH HINTON FORSLING** deceased, at the time of **HER** death a resident of said County, was legally proven in **SOLEMN** form and was admitted to record by order, and it was further ordered that **MARK WALDEMAR FORSLING** named as Executor(s) in said Will, be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Executor(s).

NOW, THEREFORE, the said **MARK WALDEMAR FORSLING** _____, having taken the oath of office and complied with all the necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all the powers of Executor(s) under the Will of said deceased, according to the Will and the law, **including those powers enumerated in O.C.G.A. §53-12-232.**

Given under my hand and official seal, the **1ST** day of **FEBRUARY**, 20**08**.

_____
Judge of the Probate Court

NOTE: The following must be signed if the judge does not sign the original of this document:

Issued by: _____
Clerk, Probate Court Effie Flemister

Court Docketing Code W10 C.F. or **W11 S.F.**
Recorded in Letters of Testamentary Book **207**   Page **313**


EXHIBIT A

(Seal)

**CERTIFICATION OF COPY**
This document consisting of ___1___ page(s) is hereby certified to be a true copy of an original document on file in the Probate Court of Fulton County, Georgia. In witness whereof, I have hereto set my official signature and affixed the seal of the Probate Court, at the County and State aforesaid on __2/1__/2008.
Effie Flemister
Clerk, Fulton County Probate Court

Effective 7/87